**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Mary E. Iverson                                  Case No.: 16-00331
      aka Mary Ellen Iverson                  Chapter: 13
                                                   Judge: Jacqueline P. Cox

                              Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Quicken Loans Inc.
Our File No.: C16-33182

**Paul M. Bach**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
(630)575-8181
Email: ecfbach@gmail.com
_____/

**OBJECTION TO CONFIRMATION OF THE PLAN**

    **NOW COMES** Quicken Loans Inc. (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and for their Objection to the Confirmation of the Chapter 13 Bankruptcy Plan filed for Debtor Mary E. Iverson (herein "Debtor") by her attorney Paul M. Bach Patrick A. Meszaros state as follows:

1.     The Debtor filed a Chapter 13 bankruptcy petition on January 6, 2016.
2.     The Debtor filed a Chapter 13 bankruptcy plan on January 19, 2016.
3.     Debtor's Plan attempts to unlawfully cram down Creditor's secured claim through this Chapter 13 Plan. *See Nobleman v. American Sav. Bank,* 508 U.S. 324, 113 S.Ct. 2106, 124 L.Ed.2d 228 (1993).

4. The Debtor's Plan proposes to cramdown Creditor's lien on the real property located at 14550 St. Louis Ave, Midlothian, IL, 60445, stating that the value of the property is only $115,000.00. Debtor's Schedules state that the basis for the value of the subject property is per an appraisal.

5. Creditor is entitled to access to the property to complete its own appraisal to determine the value of the property.

6. The Debtor proposes to pay this loan through the Chapter 13 Plan at a 4.25% interest rate. Creditor requests an interest rate of 5%.

**WHEREFORE**, Creditor respectfully requests that this Court deny confirmation of Debtor's bankruptcy plan, and in addition, creditor hereby requests and moves this court to enter an order dismissing this Bankruptcy case as the Debtor has not met the obligations set forth and has failed to propose a confirmable chapter 13 plan.

Dated: January 27, 2016            */s/ Caleb J. Halberg*
                                   Potestivo & Associates, P.C.
                                   Caleb J. Halberg (ARDC#6306089)
                                   223 W. Jackson Blvd., Suite 610
                                   Chicago, Illinois 60606
                                   Telephone: (312) 263-0003
                                   Main Fax: (312) 263-0002
                                   Cook County Firm ID #: 43932
                                   DuPage County Firm ID #: 223623
                                   Attorneys for Quicken Loans Inc.
                                   Our File No.: C16-33182

Case 16-00331    Doc 18    Filed 01/27/16    Entered 01/27/16 08:52:29    Desc Main
Document      Page 3 of 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Mary E. Iverson                                                Case No.: 16-00331
     aka Mary Ellen Iverson                                Chapter: 13
                                                                          Judge: Jacqueline P. Cox

                                     Debtor
_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Quicken Loans Inc.
Our File No.: C16-33182

**Paul M. Bach**
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
(630)575-8181
Email: ecfbach@gmail.com
_____/


### AFFIDAVIT OF SERVICE

     I, Cathy Scanlan, state that on the 27th day of January 2016, I served a copy of the Objection to the Confirmation of the Plan and Affidavit of Service of same upon the below listed parties:

| | |
|---|---|
| Mary E. Iverson | Paul M. Bach |
| 17031 New England Avenue | 900 Jorie Boulevard, Suite 150 |
| Tinley Park, IL 60477 | Oak Brook, IL 60523 |
| | |
| Office of the U.S. Trustee | Tom Vaughn |
| 219 S Dearborn St, Room 873 | 55 E. Monroe Street, Suite 3850 |
| Chicago, IL 60604 | Chicago, IL 60603 |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtor's Attorney and the Trustee, and the U.S. Trustee

                                                                    */s/ Cathy Scanlan*
                                                                    Cathy Scanlan