**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| RE: MARY E. IVERSON | ) Case No. 16 B 00331 |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| | ) Judge: JACQUELINE P COX |

## NOTICE OF MOTION

| | |
|---|---|
| MARY E. IVERSON | SULAIMAN LAW GROUP LTD |
| | via Clerk's ECF noticing procedures |
| 17031 NEW ENGLAND AVENUE | |
| TINLEY PARK, IL 60477 | |

Please take notice that on December 17, 2018 at 9:00 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on November 14, 2018.

/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On January 06, 2016 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on June 27, 2016.

   A summary of the debtor's plan follows:

   | | |
   |---|---|
   | Monthly Payment $9,900.00 | Last Payment Received: 11/07/2018 |
   | Amount Paid $287,100.00 | Amount Delinquent $19,800.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE       /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900